JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA COUNSELING CENTER, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV13-5468-ABC (AGRx)<br><br>**JUDGMENT** |

On June 17, 2014, this Court granted the hearing on Great American Insurance Company's ("Great American") Motion for Summary Judgment. [Doc. No. 34.] Based on this order, Judgment is hereby entered as follows:

1. Plaintiff Southern California Counseling Center shall take nothing by this suit.

2. Judgment shall be entered in favor of Great American with respect to all of the claims in SCCC's Complaint.

/ / /

/ / /

/ / /

Judgment

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

3.    Great American is entitled to an award of costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: June 30, 2014

<br>

_____
The Honorable Audrey B. Collins
United States District Court Judge

Submitted by:
Anderson, McPharlin & Conners, LLP


By: /s/ Kenneth S. Watnick
    Carleton R. Burch
    Kenneth J. Watnick
    Attorneys for Defendant Great American Insurance Company